NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELVIS BERNARD CHAVERS, )
)
        Appellant, )
)
v. )      Case No. 2D18-2783
)
JAMES HAROLD WILLIAMS, individually, )
and as Trustee of the Delorise Williams )
Trust, )
)
        Appellee. )
_____ )

Opinion filed May 15, 2019.

Appeal from the Circuit Court for Polk
County; Andrea Teves Smith, Judge.

Elvis Bernard Chavers, pro se.

Donna M. Krusbe and Manuel R. Comras
of Billing, Cochran, Lyles, Mauro & Ramsey,
P.A., West Palm Beach, for Appellee.

PER CURIAM.

        Affirmed.

LaROSE, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.